# EXHIBIT H

   

India

# Search the WHOIS Database

trumpreagan.com     **Search**

## WHOIS search results

Domain Name: trumpreagan.com
Registry Domain ID: 2419251194_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-08-01T05:55:30Z
Creation Date: 2019-08-01T15:03:34Z
Registrar Registration Expiration Date: 2022-08-01T15:03:34Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: Political Media, Inc.
Registrant State/Province: District of Columbia
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.com
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.com
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.com
Name Server: PDNS07.DOMAINCONTROL.COM
Name Server: PDNS08.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-06-11T14:02:00Z <<<

Privacy - Terms

EXHIBIT H
Page 80

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en
TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.

**See Underlying Registry Data**    **Contact Domain Holder**

**Report Invalid Whois**

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information *here*.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

**Need help? Call our award-winning support team 24/7 at 04 67607600**

EXHIBIT H
Page 81

We love taking your call.

GoDaddy guides

### About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Annual Returns

Corporate Social Responsibility

Careers

Trust Center

Legal

GoDaddy Blog

### Support

Product Support

Community

Report Abuse

### Resources

Webmail



Privacy - Terms

EXHIBIT H
Page 82

WHOIS

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Customer Testimonials

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Products

Renewals & Billing

Create Account

## Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Deals

Privacy - Terms

EXHIBIT H
Page 83



EXHIBIT H
Page 84

   

India

# Search the WHOIS Database

trumpreagan.us                                                                 Search

## WHOIS search results

Domain Name: trumpreagan.us
Registry Domain ID: DF0581824C08B4322989664A524E984FF-NSR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2021-04-15T23:21:44Z
Creation Date: 2021-04-15T17:01:35Z
Registrar Registration Expiration Date: 2022-04-15T17:01:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: Political Media, Inc.
Registrant State/Province: Virginia
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.us
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.us
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=trumpreagan.us
Name Server: NS1.GURUDNS.NET
Name Server: NS2.GURUDNS.NET
Name Server: NS3.GURUDNS.NET
DNSSEC: signedDelegation
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Privacy - Terms

EXHIBIT H
Page 85

>>> Last update of WHOIS database: 2021-06-11T14:02:59Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of this registrar. By submitting

an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise support the dissemination or collection of this data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone, postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations

of any kind, including spam. You further agree not to use this data to enable high volume, automated

or robotic electronic processes designed to collect or compile this data for any purpose, including

mining this data for your own personal or commercial purposes. Failure to comply with these terms

may result in termination of access to the Whois database. These terms may be subject to modification

at any time without notice.

**See Underlying Registry Data**     **Contact Domain Holder**

**Report Invalid Whois**

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

EXHIBIT H
Page 86

# Need help? Call our award-winning support team 24/7 at 040 67607600

We love taking your call.

GoDaddy guides 

## About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Annual Returns

Corporate Social Responsibility

Careers

Trust Center

Legal

GoDaddy Blog

## Support

Product Support

Community

Report Abuse

Privacy - Terms

EXHIBIT H
Page 87

Resources

Webmail

WHOIS

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Customer Testimonials

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

Account

My Products

Renewals & Billing

Create Account

Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Privacy - Terms

EXHIBIT H
Page 88



Page 1
WHOIS search results
https://in.godaddy.com/whois/results.aspx?checkAvail=1&domain=reagantrump.com


India

Contact Us 24/7   Blog   Help   Sign In   

## Search the WHOIS Database

reagantrump.com   [Search]

### WHOIS search results

Domain Name: reagantrump.com
Registry Domain ID: 2605330268_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2021-04-15T10:01:36Z
Creation Date: 2021-04-15T12:01:35Z
Registrar Registration Expiration Date: 2022-04-15T12:01:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: reagantrump.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: reagantrump.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: reagantrump.com@domainsbyproxy.com
Name Server: PDNS13.DOMAINCONTROL.COM
Name Server: PDNS14.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-06-30T14:30:21Z <<<
For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en
TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitations
of any kind, including spam. You further agree not to use this data to enable high volume, automated
or robotic electronic processes designed to collect or compile this data for any purpose, including
mining this data for your own personal or commercial purposes. Failure to comply with these terms
may result in termination of access to the Whois database. These terms may be subject to modification
at any time without notice.

See Underlying Registry Data     Contact Domain Holder     Report Invalid Whois

Info displayed in public WHOIS is limited for privacy reasons. You can learn more about access to non-public domain contact information here.

#### Want to buy this domain?
Get it with our Domain Broker Service.
Go

Need help? Call our award-winning support team 24/7 at 040 67607600

We love taking your call.


### About GoDaddy
About Us
Contact Us
Newsroom
Investor Relations
Annual Returns
Corporate Social Responsibility
Careers
Trust Center
Legal
GoDaddy Blog

### Support
Product Support
Community
Report Abuse

### Resources
Webmail
WHOIS
ICANN Confirmation
Designers & Developers
Redeem Code
Product Catalog
Customer Testimonials

### Partner Programs
Affiliates
Reseller Programs
GoDaddy Pro

### Account
My Products
Renewals & Billing
Create Account

### Shopping
Domains
Websites
WordPress
Hosting
Web Security
Email & Office
Deals

GoDaddy
⊕ India - English   USD

Copyright © 1999 - 2021 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Legal   Privacy Policy   Advertising Preferences   Cookies

