# EXHIBIT I

EXHIBIT I
Page 90



EXHIBIT I
Page 91

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2021

TRUMPREAGAN.US
**Seattle Pride organizers apologize after raising issue with event charging White people 'reparations' fee**

EXHIBIT I

Page 92




EXHIBIT I
Page 93



EXHIBIT I
Page 94



EXHIBIT I
Page 95



EXHIBIT I

Page 96