IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE, a California Non-Profit Public Benefit Corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>POLITICAL MEDIA, INC., a Virginia Corporation; CONSTITUTIONAL RIGHTS PAC, an I.R.S. Code Section 527 Organization; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-05327-FLA (MARx)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. 12]**<br><br>Hon. Fernando L. Aenlle-Rocha |

1   On July 1, 2021, Plaintiff The Ronald Reagan Presidential Foundation and Institute (the "Reagan Foundation") filed the Request for Judicial Notice in Support of *Ex Parte* Application for a Temporary Restraining Order (the "Request"), Order to Show Cause Why Preliminary Injunction Should Not Issue, and Order for Expedited Discovery.

The court having considered the Request, the Points and Authorities filed in support thereof, and good cause appearing, hereby GRANTS the Reagan Foundation's Request for Judicial Notice, and takes judicial notice of the existence and legal effect of the following:

1. Exhibit A: True and correct copy of the docket from U.S. District Court for the Southern District of Iowa, Criminal Docket, Case No. 4:15cr103, styled *USA v. Benton, et al.*, showing Jesse Benton's criminal conviction for various public corruption charges, and found at https://advance.lexis.com/document/?pdmfid=1519217&crid=fa43b0cb-6e25-4481-8191-af32941e5433&pddocfullpath=%2Fshared%2Fdocument%2Fdockets%2Furn%3AcontentItem%3A5GKS-XFN1-DXDT-G228-00000-00&pdcontentcomponentid=353582&pdteaserkey=sr0&pditab=allpods&ecomp=ybmyk&earg=sr0&prid=de6f7d10-7bee-4313-9297-72ba7e8fc6f1;

2. Exhibit B: A true and correct copy of President Donald J. Trump's Executive Grant of Clemency to Jesse R. Benton, dated December 23, 2020, and found at https://www.justice.gov/file/1349086/download;

3. Exhibit C: A true and correct copy of CRPAC's Financial Summary for fiscal years 2019 to 2020, maintained by the Federal Election Commission ("FEC"), and found at https://www.fec.gov/data/committee/C00540229/;

4. Exhibit D: A true and correct copy of CRPAC's spending details for fiscal years 2019 to 2020, maintained by the Federal Election Commission ("FEC"), and found at

1 | https://www.fec.gov/data/committee/C00540229/?tab=spending; and

2 |     5.    Exhibit E: A true and correct copy of Benton's LinkedIn Profile page found at https://www.linkedin.com/in/jesse-benton-592766192.

IT IS SO ORDERED.

DATED: July 7, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge