**NORTON ROSE FULBRIGHT US LLP**
BRIAN A. SUN (BAR NO. 89410)
PHILLIP R. DI TULLIO (BAR NO. 324267)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
brian.sun@nortonrosefulbright.com
phillip.ditullio@nortonrosefulbright.com

Attorneys for Plaintiff
THE RONALD REAGAN PRESIDENTIAL
FOUNDATION AND INSTITUTE

**WOODFIN LAW OFFICES, PLLC**
CHRISTOPHER M. WOODFIN, *(pro hac vice pending)*
3300 Acorn Street, Suite 319
Williamsburg, Virginia 23188
Telephone:  (757) 808-5236
chris@woodfinlaw-va.com

Attorneys for Defendants
POLITICAL MEDIA, INC. and CONSTITUTIONAL
RIGHTS PAC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE, a California Non-Profit Public Benefit Corporation, | Case No. 2:21-cv-05327-FAR-MAR |
| Plaintiff, | **JOINT STIPULATION RE PERMANENT INJUNCTION** |
| v. | [*Concurrently Filed With The [Proposed] Order*] |
| POLITICAL MEDIA, INC., a Virginia Corporation; CONSTITUTIONAL RIGHTS PAC, an I.R.S. Code Section 527 Organization; and DOES 1 THROUGH 10, inclusive, | Complaint Filed: June 30, 2021 |
| Defendants. | |

## STIPULATION

Plaintiff The Ronald Reagan Presidential Foundation and Institute (the "Reagan Foundation") and Defendants Political Media, Inc. ("Political Media") and Constitutional Rights PAC ("CRPAC") (collectively "Defendants") hereby stipulate as follows:

WHEREAS, on June 30, 2021, the Reagan Foundation filed a complaint for injunctive relief and damages (the "Complaint") and on July 1, 2021 filed an *ex parte* application seeking a temporary restraining order and order to show cause against Defendants, both of which allege that, among other things, Defendants unlawfully infringed on the Reagan Foundation's trademarks, and used President Ronald Reagan's name, image, and likeness in fundraising and other commercial activities, including but not limited to through the use of the online domain names trumpreagan.com, trumpreagan.us, and reagantrump.com directed to a website at www.trumpreagan.us (the "Trump Reagan Website") and advertising and sale of @trumpreagan.com email addresses.

WHEREAS, Defendants generally deny the allegations in the Complaint and accompanying Motion for Temporary Restraining Order, however, Defendants, in the interest of efficiency and without admission of any liability, damages, irreparable injury, or a likelihood of success on the merits of Plaintiff's case, agree to the issuance of a permanent injunction.

WHEREAS, on July 2, 2021, the parties agreed to the entering of a preliminary injunction: (i) prohibiting Defendants from directly, or in concert with any other entity or individual, using any trademarks owned by the Ronald Reagan Foundation or confusingly similar thereto; (ii) prohibiting Defendants from directly, or in concert with any other entity or individual, using President Ronald Reagan's name, image, or likeness in connection with any commercial or fundraising activities, and (iii) prohibiting Defendants from using the online domain names trumpreagan.com, trumpreagan.us, reagantrump.com, or any other domain using the Ronald Reagan

name, image, or likeness directed to the Trump Reagan Website or otherwise.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

1.     Defendants, their officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them are permanently enjoined and restrained from:

(a)     Infringing upon or using any mark, name, domain name, social media handle or other designation which depicts, contains, or consists of any name or mark confusingly similar to any trademark owned by the Ronald Reagan Foundation, specifically the mark RONALD REAGAN in various stylizations and forms, including U.S. Trademark Registration No. 5,167,497 for the mark RONALD REAGAN, and U.S. Trademark Registration No. 3,933,461 for the mark RONALD REAGAN stylized in the form of President Reagan's signature (collectively referred to as the "Ronald Reagan Mark"), and including, without limitation, "Trump Reagan" or "Reagan Trump" or "Trump Reagan Club";

(b)     Using Ronald Reagan's name, image or likeness (the "Reagan Persona") for commercial or fundraising purposes or any other purpose and in any manner that infringes upon the Reagan Foundation's rights of publicity in the Reagan Persona;

(c)     Advertising, displaying, selling, or otherwise distributing (whether in physical or electronic form), any and all internet web pages, social media pages, advertisements, marketing or promotional materials, signage, banners, invoices, pamphlets, leaflets, flyers and the like comprising or containing the Ronald Reagan Mark or the Reagan Persona (or any variation or aspect thereof thereof, whether alone or in combination with any other word(s) or element(s)), or any mark, name, domain name, social media handle or other designation which depicts, contains, or consists of any name or mark

DOCUMENT PREPARED
ON RECYCLED PAPER

1  confusingly similar to the Ronald Reagan Mark or the Reagan Persona or any
2  aspect thereof;

3       (d)    Registering, attempting to register, or maintaining any trademark
4  registration, trademark, trade name, domain name, trade designation, social
5  media handle or other indicia of origin or source comprising or containing the
6  Ronald Reagan Mark or the Reagan Persona (or any variation or aspect
7  thereof, whether alone or in combination with any other word(s) or
8  element(s)), or any mark, name, domain name, or other designation which
9  depicts, contains, or consists of any name or mark confusingly similar to the
10 Ronald Reagan Mark or containing any aspect of the Reagan Persona;

11      (e)    Committing any acts or making any statements calculated, or the
12 reasonably foreseeable consequence of which would be, to infringe the Ronald
13 Reagan Mark or the Reagan Persona;

14      (f)    Committing any acts or making any statements calculated, or the
15 reasonably foreseeable consequence of which would be, to infringe any of
16 Plaintiff's rights of publicity in the Reagan Persona or trademark rights in the
17 Ronald Reagan Mark, or to confuse, mislead, or deceive members of the public
18 as to sponsorship, approval or affiliation of Plaintiff by, with, or of Defendants,
19 and;

20      (g)    Conspiring with, aiding, assisting or abetting any other person or
21 business entity in engaging in or performing any of the activities referred to in
22 subparagraphs (a) through (f) above.

23     2.    Consistent with paragraph (1) above, Defendants be ordered to remove
24 from display any advertisements or marketing materials or webpages (including the
25 Trump Reagan Website) or social media pages comprising, containing, bearing, or
26 depicting the Ronald Reagan Mark, or any word or words confusingly similar thereto,
27 or the Reagan Persona, or any aspect thereof, including all internet web pages and
28 social media pages.

3.     Defendants will be required to assign ownership of and transfer to the Reagan Foundation any and all domain names registered to Defendants which contain or comprise the Reagan Persona or the Ronald Reagan Mark, including but not limited to trumpreagan.com, trumpreagan.us, reagantrump.com, or any other domain using the Reagan Persona or any aspect thereof.

4.     Defendants will be required to cancel, deactivate and delete any social media account and remove from display any social media page, including but not limited to those hosted by Facebook and Twitter, which contain or comprise the Ronald Reagan Mark, or use the Reagan Persona, or any aspect thereof, including Defendants' Trump Reagan accounts and social media pages .

5.     Defendants be required to destroy any and all advertisements, marketing materials, internet web pages, social media pages, embossed or engraved products containing the "Trump Reagan" name, "Reagan Trump" name, the "Trump Reagan Club" or any confusingly similar name, and any other materials in their possession, custody or control comprising or containing the Ronald Reagan Mark or the Reagan Persona or any aspect thereof.

6.     Defendants will provide the Reagan Foundation with proof that they have complied with the injunction.

IT IS FURTHER STIPULATED AND AGREED THAT Defendants hereby waive the right to a bond or undertaking posted by Plaintiffs in connection with this permanent injunction.

IT IS FURTHER STIPULATED AND AGREED THAT, effective immediately, Defendants shall preserve all originals and copies of hard copy and electronic evidence, including but not limited to all disks, personal data assistants, hard drives, virtual hard drives, online storage and other electronic storage devices in his possession, custody, or control to which they had or have access and on which relevant information may currently or have previously existed.

1   Dated: July 21, 2021          **NORTON ROSE FULBRIGHT US LLP**

2                                 By   */s/ Brian A. Sun*

3                                 BRIAN A. SUN
                                  PHILLIP R. DI TULLIO
4                                 Attorneys for Plaintiff
                                  THE RONALD REAGAN PRESIDENTIAL
5                                 FOUNDATION AND INSTITUTE

6

7   Dated: July 21, 2021          **WOODFIN LAW OFFICES, PLLC**

8                                 By   */s/ Christoperh M. Woodfin*

9                                 CHRISTOPHER M. WOODFIN
                                  Attorneys for Defendants
10                                POLITICAL MEDIA, INC. and
                                  CONSTITUTIONAL RIGHTS PAC
11

12

13              **CERTIFICATE OF AUTHORIZATION TO SIGN**

14         Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Brian A. Sun, counsel for

15   Plaintiff, The Ronald Reagan Presidential Foundation and Institute, hereby certify

16   that Defendants Political Media, Inc., and Constitutional Rights PAC counsel,

17   Christopher M. Woodfin, has reviewed the contents of this Joint Stipulation re

18   Permanent Injunction and authorized placement of his electronic signature on this

19   document.

20

21

22

23

24

25

26

27

28