UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE, a California Non-Profit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLITICAL MEDIA, INC., a Virginia Corporation; CONSTITUTIONAL RIGHTS PAC, an I.R.S. Code Section 527 Organization; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05327-FLA (MARx)<br><br>**ORDER GRANTING JOINT STIPULATION RE: PERMANENT INJUNCTION [DKT. 18]**<br><br>Complaint Filed: June 30, 2021 |

# PERMANENT INJUNCTION

1. Defendants, their officers, agents, servants, employees, attorneys, and all those persons in active concert or participation with them are permanently enjoined and restrained from:

    (a) Infringing upon or using any mark, name, domain name, or other designation which depicts, contains, or consists of any name or mark confusingly similar to any trademark owned by the Ronald Reagan Foundation, specifically the mark RONALD REAGAN in various stylizations and forms, including U.S. Trademark Registration No. 5,167,497 for the mark RONALD REAGAN, and U.S. Trademark Registration No. 3,933,461 for the mark RONALD REAGAN stylized in the form of President Reagan's signature (collectively referred to as the "Ronald Reagan Mark"), and including, without limitation, "Trump Reagan" or "Reagan Trump" or "Trump Reagan Club";

    (b) Using Ronald Reagan's name, image, or likeness (the "Reagan Persona") for commercial or fundraising purposes or any other purpose and in any manner that infringes upon the Reagan Foundation's rights of publicity in the Reagan Persona;

    (c) Advertising, displaying, selling, or otherwise distributing (whether in physical or electronic form), any and all internet web pages, social media pages, advertisements, marketing or promotional materials, signage, banners, invoices, pamphlets, leaflets, flyers, and the like comprising or containing the Ronald Reagan Mark or the Reagan Persona (or any variation or aspect thereof, whether alone or in combination with any other word(s) or element(s)), or any mark, name, domain name, social media handle or other designation which depicts, contains, or consists of any name or mark confusingly similar to the Ronald Reagan Mark or the Reagan Persona or any aspect thereof;

  (d) Registering, attempting to register, or maintaining any trademark registration, trademark, trade name, domain name, trade designation, social media handle, or other indicia of origin or source comprising or containing the Ronald Reagan Mark or the Reagan Persona (or any variation or aspect thereof, whether alone or in combination with any other word(s) or element(s)), or any mark, name, domain name, or other designation which depicts, contains, or consists of any name or mark confusingly similar to the Ronald Reagan Mark or containing any aspect of the Reagan Persona;

  (e) Committing any acts or making any statements calculated, or the reasonably foreseeable consequence of which would be, to infringe the Ronald Reagan Mark or the Reagan Persona;

  (f) Committing any acts or making any statements calculated, or the reasonably foreseeable consequence of which would be, to infringe any of Plaintiff's rights of publicity in the Reagan Persona or trademark rights in the Ronald Reagan Mark, or to confuse, mislead, or deceive members of the public as to sponsorship, approval or affiliation of Plaintiff by, with, or of Defendants, and;

  (g) Conspiring with, aiding, assisting or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

2. Consistent with paragraph (1) above, Defendants are ordered to remove from display any advertisements or marketing materials or webpages (including the Trump Reagan Website) or social media pages comprising, containing, bearing, or depicting the Ronald Reagan Mark, or any word or words confusingly similar thereto, or the Reagan Persona, or any aspect thereof, including all internet web pages and social media pages.

/ / /

3. Defendants are required to assign ownership of and transfer to the Reagan Foundation any and all domain names registered to Defendants which contain or comprise the Ronald Reagan Mark, including but not limited to trumpreagan.com, trumpreagan.us, reagantrump.com, or any other domain using the Reagan Persona or any aspect thereof.

4. Defendants are required to cancel, deactivate and delete any social media account, and remove from display any social media page including but not limited to those hosted by Facebook and Twitter, which contain or comprise the Ronald Reagan Mark, or use the Reagan Persona or any aspect thereof, including Defendants' Trump Reagan accounts and social media pages.

5. Defendants are required to destroy any and all advertisements, marketing materials, internet web pages, social media pages, embossed or engraved products containing the "Trump Reagan" name, "Reagan Trump" name, the "Trump Reagan Club" or any confusingly similar name, and any other materials in their possession, custody, or control comprising or containing the Ronald Reagan Mark or the Reagan Persona or any aspect thereof.

6. Defendants will provide the Reagan Foundation with proof that they have complied with the injunction.

IT IS FURTHER ORDERED that Defendants hereby waive the right to a bond or undertaking posted by Plaintiffs in connection with this permanent injunction.

IT IS FURTHER ORDERED that, effective immediately, Defendants shall preserve all originals and copies of hard copy and electronic evidence, including but not limited to all disks, personal data assistants, hard drives, virtual hard drives, online storage and other electronic storage devices in their possession, custody, or control to which they had or have access and on which relevant information may currently or have previously existed.

///

In light of the parties' stipulation, the court VACATES the hearing on Plaintiff's Motion for Preliminary Injunction that was set for July 23, 2021.

IT IS SO ORDERED.

Dated: July 22, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge