BRIAN A. SUN (BAR NO. 89410)
PHILLIP R. DI TULLIO (BAR NO. 324267)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
brian.sun@nortonrosefulbright.com
phillip.ditullio@nortonrosefulbright.com

Attorneys for Plaintiff
THE RONALD REAGAN PRESIDENTIAL
FOUNDATION AND INSTITUTE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE, a California Non-Profit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>POLITICAL MEDIA, INC., a Virginia Corporation; CONSTITUTIONAL RIGHTS PAC, an I.R.S. Code Section 527 Organization; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05327-FLA-MAR<br><br>**PLAINTIFF'S STATEMENT REGARDING ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED**<br><br>**Judge:** Hon. Aenlle-Rocha<br>**Hearing:** July 21, 2021<br>**Courtroom:** 6B |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's November 2, 2021 Order to Show Cause as to why this action should not be dismissed with prejudice, Plaintiff The Ronald Reagan Presidential Foundation and Institute (the "Reagan Foundation") submits the following statement.

On June 30, 2021, The Reagan Foundation filed a Complaint seeking injunctive relief against Defendants Political Media, Inc. and Constitutional Rights PAC ("Defendants") for infringement of the Reagan Foundation's trademarks and tradenames, unfair competition, cyber-piracy, and violation of the Reagan Foundation's right of publicity. On July 1, 2021, the Reagan Foundation applied *ex parte* for a temporary restraining order against Defendants to enjoin that conduct. On July 7, 2021, the Court granted that application as to the substantive claims. Thereafter, the parties negotiated and ultimately agreed to settle all claims and stipulate to a permanent injunction—which the Court granted on July 22, 2021.

With the entry of the permanent injunction, the claims at issue in this case are resolved, and therefore, the Reagan Foundation does not oppose dismissal of the case. Should Defendants breach the terms of the settlement agreement and/or the permanent injunction, the Reagan Foundation reserves all rights to bring further action to enforce the terms and conditions of each.

Dated: November 15, 2021

**NORTON ROSE FULBRIGHT US LLP**
BRIAN A. SUN
PHILLIP R. DI TULLIO

By  */s/ Phillip R. Di Tullio*
PHILLIP R. DI TULLIO
Attorneys for Plaintiff
THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE

# **PROOF OF SERVICE**

I, Diana Cardenas, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On November 15, 2021, I served a copy of the within document(s):

**PLAINTIFF'S STATEMENT REGARDING ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or other electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Christopher M. Woodfin
WOODFIN LAW OFFICES, PLLC
3300 Acorn Street, Suite 319
Williamsburg, VA 23188
Phone: (757) 808-5236
Email: chris@woodfinlaw-va.com

*Attorneys for Defendants*
POLITICAL MEDIA, INC. and
CONSTITUTIONAL
RIGHTS PAC

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 15, 2021, at Los Angeles, California.

*Diana Cardenas*
_____
Diana Cardenas