AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-cv-05327-FAR-MA | DATE FILED<br>6/30/2021 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>The Ronald Reagan Presidential Foundation and Institute, a California Non-Profit Public Benefit Corporation. | | DEFENDANT<br>Political Media, Inc., a Virginia Corporation; Consitutional Rights PAC, an I.R.S. Code Section 527 Organization; and Does 1 through 10, inclusive. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,167,497 | 3/21/2017 | The Ronald Reagan Presidential Foundation and Institute |
| 2 | 3,933,461 | 3/22/2011 | The Ronald Reagan Presidential Foundation and Institute |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 11/17/21  ORDER DISMISSING ACTION |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>11/21/2021 |
|---|---|---|

X

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# PROOF OF SERVICE

I, Darla M. Jones, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On July 9, 2021, I electronically filed the attached document(s):

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all parties listed on ECF, and a copy via U.S. Regular Mail to:

  Mail Stop 8
  Director of the U.S. Patent and Trademark Office
  P.O. Box 1450
  Alexandria, VA 22313-1450

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2021, at Los Angeles, California.

                                        /s/ Darla M. Jones
                                        Darla M. Jones

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RONALD REAGAN PRESIDENTIAL FOUNDATION AND INSTITUTE,<br><br>             Plaintiff,<br><br>      v.<br><br>POLITICAL MEDIA, INC., et al.<br><br>             Defendants. | Case No. 2:21-cv-05327-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 28]** |

On November 2, 2021, the court Ordered the parties to Show Cause ("OSC") why the court should not dismiss this action with prejudice in light of the permanent injunction entered in this action. Dkt. 27. Plaintiff The Ronald Reagan Presidential Foundation and Institute ("Plaintiff") filed its response on November 15, 2021. Dkt. 28. According to Plaintiff, it does not oppose the dismissal of this case, as the claims at issue were resolved with the entry of the permanent injunction.

The court, therefore, DISMISSES the action and VACATES all deadlines governing this action.

IT IS SO ORDERED.

Dated: November 17, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge